# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 28, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

140222

PEOPLE OF THE STATE OF MICHIGAN,
          Plaintiff-Appellee,

v                                                              SC: 140222
                                                               COA: 293425
                                                               Wayne CC: 08-004412
AARON NICHOLAS HERNANDEZ,
          Defendant-Appellant.

_____/

        On order of the Court, the application for leave to appeal the November 16, 2009 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



        I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 28, 2010 _____                    _____

d0621                                                              Clerk